George E. KERSEY, Plaintiff–Appellant,

v.

UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY and Director of the Patent and Trademark Office, Defendants–Appellees.

No. 05–1272.

United States Court of Appeals, Federal Circuit.

April 11, 2005.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for

failure to prosecute in accordance with the rules.